## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

THOMAS A. RODGERS,

    Plaintiff,

v.                                                     Case No: 8:16-cv-02582-EAK-AAS

DISCOVER FINANCIAL SERVICES, LLC,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, THOMAS A. RODGERS, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby gives notice to the Court that Plaintiff voluntarily dismisses his Complaint against the Defendant, DISCOVER FINANCIAL SERVICES, LLC, **with prejudice.** The parties agree to bear their own fees and costs.

Date: **October 18, 2016**

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on this 18th day of October, 2016 that a true and correct copy of the above foregoing has been furnished via E-Mail and/or U.S. Mail to:

**Jacqueline Simms-Petredis, Esq.**
Primary Email: jsimms-petredis@burr.com
Secondary Email: zhasbini@burr.com
Secondary Email: sforero@burr.com
**David Elliott, Esq. (FL Bar 0094237)**
Primary Email: delliott@burr.com
Secondary Email: sfoshee@burr.com
**BURR & FORMAN LLP**
201 N. Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335
*Counsel for Discover Products Inc.*

**BOSS LAW**

/s/ *Christopher W. Boss*
Christopher W. Boss, Esq.
Fla. Bar No.: 013183
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Service Email: cpservice@protectyourfuture.com
Phone: (727) 471-0039
Fax: (888) 503-2182
**Attorney for Plaintiff**